UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re: CAVINESS, NADINE D. § Case No. 07-00875 PHX-CGC
      CAVINESS, MITCHELL D. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

    Roger W. Brown, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $601,056.57 | Assets Exempt: $292,550.00 |
| Total Distribution to Claimants: $1,676.96 | Claims Discharged Without Payment: $24,287.34 |
| Total Expenses of Administration: $8,342.85 | |

    3) Total gross receipts of $ 10,019.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,019.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $526,288.52 | $1,586.76 | $1,586.76 | $1,586.76 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,342.85 | 8,342.85 | 8,342.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 93,001.00 | 24,377.54 | 24,377.54 | 90.20 |
| **TOTAL DISBURSEMENTS** | $619,289.52 | $34,307.15 | $34,307.15 | $10,019.81 |

4) This case was originally filed under Chapter 7 on March 01, 2007.
. The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2009          By: /s/Roger W. Brown
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| LAWSUIT PENDING AGAINST HARTFORD | 1249-000 | 10,000.00 |
| Interest Income | 1270-000 | 19.81 |
| **TOTAL GROSS RECEIPTS** | | **$10,019.81** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DESERT SCHOOLS FEDERAL CREDIT UNION | 4110-000 | 90,344.52 | N/A | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | 4110-000 | 132,088.00 | N/A | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | 4110-000 | 303,856.00 | N/A | 0.00 | 0.00 |
| CAMPUS VA | 4210-000 | N/A | 1,586.76 | 1,586.76 | 1,586.76 |
| **TOTAL SECURED CLAIMS** | | **$526,288.52** | **$1,586.76** | **$1,586.76** | **$1,586.76** |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROGER W. BROWN | 2100-000 | N/A | 1,751.98 | 1,751.98 | 1,751.98 |
| ROGER W. BROWN | 2200-000 | N/A | 57.47 | 57.47 | 57.47 |
| LANE & NACH, P.C. | 3210-000 | N/A | 2,428.00 | 2,428.00 | 2,428.00 |
| LANE & NACH, P.C. | 3220-000 | N/A | 23.80 | 23.80 | 23.80 |
| GRAVES & RETHORE, P.C. | 3210-600 | N/A | 4,081.60 | 4,081.60 | 4,081.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,342.85 | $8,342.85 | $8,342.85 |

## EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HSBC NEVADA | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| DR. MICHAEL JENSEN, DC | 7100-000 | N/A | 4,710.00 | 4,710.00 | 17.43 |
| DISCOVER BANK | 7100-000 | 19,178.00 | 19,667.54 | 19,667.54 | 72.77 |
| BANK OF AMERICA | 7100-000 | 17,190.00 | N/A | 0.00 | 0.00 |
| CHASE BANK | 7100-000 | 29,375.00 | N/A | 0.00 | 0.00 |
| CHASE BANK | 7100-000 | 10,900.00 | N/A | 0.00 | 0.00 |
| FIA CSNA | 7100-000 | 16,358.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $93,001.00 | $24,377.54 | $24,377.54 | $90.20 |

UST Form 101-7-TDR (4/1/2009)

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-00875 PHX-CGC  **Trustee:** (240120) Roger W. Brown
**Case Name:** CAVINESS, NADINE D.  **Filed (f) or Converted (c):** 03/01/07 (f)
CAVINESS, MITCHELL D.  **§341(a) Meeting Date:** 04/26/07
**Period Ending:** 07/10/09  **Claims Bar Date:** 12/26/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | PERSONAL RESIDENCE | 461,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BANK ACCOUNTS | 246.57 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS & FURNISHINGS | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | PICTURES, CD'S | 75.00 | 0.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 6 | WEDDING RINGS, WATCHES | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | 401 (K) THROUGH WORK | 121,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | STOCKS | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1999 FORD EXPEDITION | 6,810.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2000 DODGE INTREPID | 3,525.00 | 0.00 | DA | 0.00 | FA |
| 11 | LAWSUIT PENDING AGAINST HARTFORD (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 12 | INTEREST (u) | 0.00 | 0.00 | | 19.81 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$601,056.57** | **$10,000.00** | | **$10,019.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     December 31, 2008     **Current Projected Date Of Final Report (TFR):**     November 20, 2008  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 07-00875 PHX-CGC  
**Case Name:** CAVINESS, NADINE D.  
CAVINESS, MITCHELL D.  
**Taxpayer ID #:** 13-7578004  
**Period Ending:** 07/10/09

**Trustee:** Roger W. Brown (240120)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****03-65 - Money Market Account  
**Blanket Bond:** $52,854,941.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/21/07 | {11} | THE HARTFORD INS CO | SETTLEMENT OF DEBTOR PERSONAL INJURY CLAIM | 1249-000 | 10,000.00 | | 10,000.00 |
| 09/26/07 | 1001 | GRAVES & RETHORE, P.C. | COURT APPROVED FEES AND COSTS OF SPECIAL COUNSEL | 3210-600 | | 4,081.60 | 5,918.40 |
| 09/26/07 | 1002 | CAMPUS VA | COURT APPROVED PAYMENT OF STATUTORY LIEN<br>Stopped on 04/01/08 | 4210-000 | | 1,586.76 | 4,331.64 |
| 09/28/07 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.71 | | 4,332.35 |
| 10/31/07 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.27 | | 4,336.62 |
| 11/30/07 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.08 | | 4,339.70 |
| 12/31/07 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.01 | | 4,342.71 |
| 01/31/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 2.71 | | 4,345.42 |
| 02/29/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.21 | | 4,346.63 |
| 03/31/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.10 | | 4,347.73 |
| 04/01/08 | 1002 | CAMPUS VA | COURT APPROVED PAYMENT OF STATUTORY LIEN<br>Stopped: check issued on 09/26/07 | 4210-000 | | -1,586.76 | 5,934.49 |
| 04/01/08 | 1003 | CLERK, U.S. BANKRUPTCY COURT | PAYMENT OF UNCLAIMED FUNDS | 7100-000 | | 1,586.76 | 4,347.73 |
| 04/30/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.66 | | 4,348.39 |
| 05/30/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.54 | | 4,348.93 |
| 06/30/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.55 | | 4,349.48 |
| 07/31/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.55 | | 4,350.03 |
| 08/29/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.51 | | 4,350.54 |
| 09/30/08 | {12} | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.57 | | 4,351.11 |
| 10/23/08 | {12} | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 0.34 | | 4,351.45 |
| 10/23/08 | | To Account #********0366 | TRANSFER OF FUNDS FOR TFR | 9999-000 | | 4,351.45 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,019.81 | 10,019.81 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,351.45 | |
| | | | **Subtotal** | | 10,019.81 | 5,668.36 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,019.81** | **$5,668.36** | |

{} Asset reference(s)

Printed: 07/10/2009 03:14 PM    V.11.21

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 07-00875 PHX-CGC
**Case Name:** CAVINESS, NADINE D.
CAVINESS, MITCHELL D.
**Taxpayer ID #:** 13-7578004
**Period Ending:** 07/10/09

**Trustee:** Roger W. Brown (240120)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****03-66 - Checking Account
**Blanket Bond:** $52,854,941.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/23/08 | | From Account #********0365 | TRANSFER OF FUNDS FOR TFR | 9999-000 | 4,351.45 | | 4,351.45 |
| 02/25/09 | 101 | ROGER W. BROWN | Dividend paid 100.00% on $1,751.98, Trustee Compensation; Reference: | 2100-000 | | 1,751.98 | 2,599.47 |
| 02/25/09 | 102 | ROGER W. BROWN | Dividend paid 100.00% on $57.47, Trustee Expenses; Reference: | 2200-000 | | 57.47 | 2,542.00 |
| 02/25/09 | 103 | LANE & NACH, P.C. | Dividend paid 100.00% on $2,428.00, Attorney for Trustee Fees (Other Firm); Reference: ATTORNEY'S FEES | 3210-000 | | 2,428.00 | 114.00 |
| 02/25/09 | 104 | LANE & NACH, P.C. | Dividend paid 100.00% on $23.80, Attorney for Trustee Expenses (Other Firm); Reference: ATTORNEY'S EXPENSES | 3220-000 | | 23.80 | 90.20 |
| 02/25/09 | 105 | DR. MICHAEL JENSEN, DC | Dividend paid 0.37% on $4,710.00; Claim# 2; Filed: $4,710.00; Reference: | 7100-000 | | 17.43 | 72.77 |
| 02/25/09 | 106 | DISCOVER BANK | Dividend paid 0.37% on $19,667.54; Claim# 4; Filed: $19,667.54; Reference: | 7100-000 | | 72.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,351.45 | 4,351.45 | $0.00 |
| | | | Less: Bank Transfers | | 4,351.45 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,351.45 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,351.45** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****03-65 | 10,019.81 | 5,668.36 | 0.00 |
| Checking # ***-*****03-66 | 0.00 | 4,351.45 | 0.00 |
| | $10,019.81 | $10,019.81 | $0.00 |